# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2021-3655
_____

RACHEL DIANNE LADNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Christopher Patterson, Judge.

April 9, 2024


PER CURIAM.

AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Bodiford and Gannon Coens, Bodiford Law, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, Daren Shippy, Assistant Attorney General, Tallahassee, for Appellee.